OPINION — AG — ** PUBLIC TRUST COMPACT — INTERLOCAL COOPERATIVE COMPACT — STATE FUNDS — STATE TREASURER ** (1) THE COMMERCE DEPARTMENT DIRECTOR 'MAY' SERVE AS THE ADMINISTRATOR OF THE "PUBLIC TRUST COMPACT" CREATED UNDER THE INTERLOCAL COOPERATIVE ACT (74 O.S. 1001 [74-1001] ET SEQ.) AND ENLIST THE SERVICES OF COMMERCE DEPARTMENT EMPLOYEES TO ASSIST HIM PURSUANT TO 74 O.S. 5004 [74-5004](E) (2) THE FUNDS OF PUBLIC TRUSTS FLOWING TO A COMPACT FORMED UNDER 74 O.S. 1001 [74-1001] ET SEQ. CONSISTING OF STATE BENEFICIARY PUBLIC TRUSTS CREATED UNDER 60 O.S. 176 [60-176] ARE 'NOT' THE TYPE OF "PUBLIC FUNDS" REQUIRED TO BE DEPOSITED WITH THE STATE TREASURER PURSUANT TO 74 O.S. 362 [74-362] (STATE FUNDS, ECONOMIC DEVELOPMENT, "STATE FUNDS", REVENUE BONDS, DUAL OFFICE HOLDING, TRUST COMPACT) CITE: OPINION NO. 71-310, OPINION NO. 72-120, OPINION NO. 73-206, OPINION NO. 76-196, OPINION NO. 83-227, ARTICLE X, SECTION 26, ARTICLE II, SECTION 5, 60 O.S. 176 [60-176], 74 O.S. 362 [74-362], 74 O.S. 1001 [74-1001], 74 O.S. 4241 [74-4241] 74 O.S. 5004 [74-5004](E) (THOMAS L. SPENCER) * SEEK OPINION NO. 86-131 (12-16-86) FOR DETAILS * ** SEE: OPINION NO. 90-023 (1990) AG SEE: OPINION NO. 92-594 (1992)